KOZBERG & BODELL LLP
GREGORY BODELL (State Bar No. 112573)
gbodell@kozberglaw.com
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
Telephone: (310) 553-1333
Facsimile: (310) 553-1303

Attorneys for Plaintiff and Counterclaim Defendant ROBERT GILL

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GILL, an individual; JORDAN MAXWELL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MOMENTUM DEVELOPMENT, LLC, a California limited liability company; JOSEF DOLEZAL, an individual; and THE PYRAMID CENTER, a California corporation; and DOES 1 – 10, <br><br> Defendants. <br><br> And related Counterclaims. | Case No. CV14-4799-JFW(AS) <br> order re: <br> **STIPULATION FOR DISMISSAL OF ACTION AND ALL CLAIMS AND COUNTER-CLAIMS** |

1

The parties, Plaintiff and Counter-Claim Defendant Robert Gill, Plaintiff and Counter-Claim Defendant Jordan Maxwell aka Russell Pine, Defendant and Counter-Claimant Momentum Development, LLC, Defendant and Counter-Claimant Josef Dolezal and Defendant The Pyramid Center, having reached a settlement of their claims, stipulate by and through their respective counsel of record pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action, and all claims and counter-claims asserted herein, are dismissed with prejudice, each party to bear his or its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: February 24, 2017          KOZBERG & BODELL LLP

By: /s/ *Gregory Bodell*
Gregory Bodell
Attorneys for Plaintiff and Counter-Claim Defendant ROBERT GILL

DATED: February 24, 2017          LAW OFFICES OF DAVID R. GREIFINGER

By: /s/ *David R. Greifinger*
David R. Greifinger
Attorneys for Plaintiff and Counter-Claim Defendant JORDAN MAXWELL

DATED: February 24, 2017          LAW OFFICES OF MICHAEL H. RAICHELSON

By: /s/ *Michael H. Raichelson*
Michael H. Raichelson
Attorneys for Defendants and Counter-Claimants JOSEF DOLEZAL, MOMENTUM DEVELOPMENT, LLC and Defendant THE PYRAMID CENTER

IT IS SO ORDERED

Date: 2/24/17

*John F. Walter*

2